# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Lev Malkovich,

       Plaintiff

v.

Best Buy Enterprise Services, Inc. and
Best Buy Stores, L.P.,

       Defendants.

**Order**
Civil File No.04-3041 (MJD/AJB)

_____

Boris Parker, Saliterman & Siefferman, P.C., Counsel for Plaintiff.

Charles O. Lentz, Robins Kaplan Miller & Ciresi, LLP, Counsel for Defendants.

_____

**IT IS HEREBY ORDERED**

1. Maria Petrenko Betmar served as a translator in the above entitled action on February 1, 2006. As the United States District Court does not have funds to pay for translators used in civil cases, the parties shall be responsible for payment for her services.

DATED: February 21, 2006

       s/ Michael J. Davis
       Judge Michael J. Davis
       United States District Court

1